IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DESTECH PUBLICATIONS, INC., | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PORT CITY PRESS, INC. | : | No. 11-5461 |
| Defendant | : | |

ORDER

AND NOW, this 1st day of December, 2011, upon consideration of plaintiff's motion to remand (Doc. # 4) and defendant's response thereto, it is hereby ORDERED that the motion is DENIED.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.